UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL PAUL DALTON,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                Defendants. | Case No. C22-1173-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff Michael Paul Dalton has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Ricardo S. Martinez.

      Dated this 24th day of August, 2022.

                                                    MICHELLE L. PETERSON
                                                   United States Magistrate Judge